FILED: July 3, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4728
(2:11-cr-00510-CWH-1)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

JIAN-YUN DONG, a/k/a John Dong

   Defendant - Appellant

_____

O R D E R
_____

The court denies the motion for extension of time to file the opening brief and joint appendix without prejudice to the refiling of the motion, accompanied by the opening brief and joint appendix, on or before July 14, 2017.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk